UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| HOBBY LOBBY STORES, INC, | : | |
| | : | Civil Action No. 21-CV-3113 (RPK) |
| Plaintiff, | : | |
| - against - | : | |
| | : | **MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| DIRK D. OBBINK, | : | |
| | : | |
| Defendant. | : | |

---

Plaintiff Hobby Lobby Stores Inc. requests that entry of judgment by default be entered against Defendant Dirk D. Obbink pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. In support of this request, Plaintiff relies upon the record in this case and the Affidavit submitted herein.

Dated: New York, New York
December 21, 2021

Respectfully submitted,

Pearlstein & McCullough LLP

By: _/s/ Michael McCullough_______
Michael McCullough
Anju Uchima

641 Lexington Avenue, 13th Floor
New York, NY 10022
Tel: (646) 762-7264
MMcCullough@PMCounsel.com
AUchima@PMCounsel.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOBBY LOBBY STORES, INC, Plaintiff, - against - DIRK D. OBBINK, Defendant. | : | Civil Action No. 21-CV-3113 (RPK) **DEFAULT JUDGMENT** |

The Defendant, Dirk D. Obbink, having failed to appear, plead or otherwise defend in this action, and a Certificate of Default having been entered on November 30, 2021, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b), Judgment is hereby entered in favor of Plaintiff Hobby Lobby Stores Inc. and against Defendant Dirk D. Obbink, as follows:

The amount of $7,085,100, together with interest on the judgment at the legal rate until the judgment is satisfied.

Dated: Brooklyn, New York

____________________________
Rachel P. Kovner
District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HOBBY LOBBY STORES, INC, Plaintiff, - against - DIRK D. OBBINK, Defendant. | Civil Action No. 21-CV-3113 (RPK) **CERTIFICATE OF SERVICE** |

---

I, Michael McCullough, hereby certify that on the 21st day of December 2021, I electronically filed the Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default Judgment, and proposed Default Judgment with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

No parties other than the Plaintiff's counsel registered.

And I hereby certify that I have mailed the Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default Judgment, and proposed Default Judgment by U.S. Mail, postage prepaid to the following non-filing users:

Mr. Dirk D. Obbink
James Brindley
Weirs Orchard, Weirs Lane
Oxford, OX1 4UP
United Kingdom

Pearlstein & McCullough LLP
By: _/s/ Michael McCullough________
Michael McCullough
Anju Uchima
641 Lexington Avenue, 13th Floor
New York, NY 10022
Tel: (646) 762-7264
MMcCullough@PMCounsel.com
AUchima@PMCounsel.com

*Attorneys for Plaintiff*