# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Hobby Lobby Stores, Inc.,<br>*Plaintiff*<br>v.<br>Dirk D. Obbink,<br>*Defendant* | Case No. 21-CV-3113 (RPK) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hobby Lobby Stores, Inc.

Date: 06/27/2022

*Attorney's signature*

Anju Uchima
*Printed name and bar number*
Pearlstein & McCullough LLP
641 Lexington Avenue, 13th Floor
New York, NY 10022

*Address*

auchima@pmcounsel.com
*E-mail address*

(646) 392-7986
*Telephone number*

(866) 941-7720
*FAX number*