UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOBBY LOBBY STORES, INC, <br><br> Plaintiff, <br><br> - against - <br><br> DIRK D. OBBINK, <br><br> Defendant. | Civil Docket No. 21-CV-3113 <br><br> **NOTICE OF PLAINTIFF'S MOTION TO TRANSFER VENUE** |

PLEASE TAKE NOTICE that Plaintiff Hobby Lobby Stores, Inc. ("Hobby Lobby"), hereby respectfully moves this Court for an order transferring this action to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. § 1404(a). Hobby Lobby's motion to transfer is based upon the accompanying Memorandum of Law, the Affidavit of Steve Green, and the Declaration of Michael McCullough, filed concurrently herewith, a proposed Amended Complaint to be filed with the transferee court, also filed herewith, and any argument presented in connection with the hearing of this motion.

Dated: New York, New York
      November 22, 2022

Respectfully submitted,

Pearlstein & McCullough LLP

By: \_/s/ Michael McCullough_____
    Michael McCullough
    Anju Uchima
641 Lexington Avenue, 13th Floor
New York, NY 10022
Tel: (646) 762-7264
MMcCullough@PMCounsel.com
AUchima@PMCounsel.com

Attorneys for Plaintiff