# WITNESS STATEMENT

Name of Witness: David Herniman
No. of Witness Statement: 2
Exhibit: DH/5
Statement dated: 25th November 2022
Date Filed:

United States District Court
for the Eastern District of New York     Civil Action Number 21CV3113

**Between**

**Plaintiff**
Hobby Lobby Stores, Inc

**Defendant**
Dirk D Obbink

---

## WITNESS STATEMENT OF: DAVID HERNIMAN

---

I, David Herniman of APW Investigations, Harwell Innovation Centre 173 Curie Avenue Harwell in the County of Oxfordshire, a process server acting under the direction of Pearlstein & McCullough LLP 641 Lexington Avenue, 13th Floor, New York, New York 10022 Attorneys for the Plaintiff in this matter **state as follows**:

At 1720 hours on Friday 25th November 2022, I attended at 11 Roundham Close, Kidlington, Oxon, OX5 1SZ. The front door was opened by a male person who identified himself to me as Mr Dirk Obbink. I introduced myself and explained my presence to him. I personally served the below listed document on him which he took from me.

1. Letter from Pearlstein & McCullough LLP dated 22nd November 2022
2. Order of the Court dated 28th October 2022 (attached as "Exhibit A")
3. Motion to Transfer Venue (attached as "Exhibit B")

I now exhibit true copies hereto marked DH/5 of the above listed documents.

**Statement of Truth**

I believe that the facts stated in this statement are true.

SIGNED:..................................................

**DAVID HERNIMAN**

Dated: 25th day of November 2022

# EXHIBIT

Name of Witness: David Herniman
No. of Witness Statement: 2
Exhibit: DH/5
Statement dated: 25th November 2022
Date Filed:

United States District Court
for the Eastern District of New York    Civil Action Number 21CV3113

**Between**

**Plaintiff**
Hobby Lobby Stores, Inc

**Defendant**
Dirk D Obbink

**EXHIBIT**
_____

These are the documents marked DH/5 referred to in the Witness Statement of David Herniman.

Dated this 25th day of November 2022

SIGNED: ..................................................